# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Morgan Fitch, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| BNSF Railway Company, a ) | |
| Delaware Corporation, ) | Case No. 1:21-cv-181 |
| ) | |
| Defendant. ) | |

Pursuant to its discussion with the parties during a status conference held on February 24, 2023, the court **ORDERS**:

1. The final pretrial conference scheduled for April 18, 2023, shall be rescheduled for November 21, 2023, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

2. The jury trial scheduled for May 1, 2023, shall be rescheduled for December 4, 2023, at 9:00 AM in Bismarck, North Dakota, before Judge Hovland. A five (5) day trial is anticipated.

Dated this 24th day of February, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court