## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Morgan Fitch, | ) | |
| | ) | |
|     Plaintiff, | ) | **ORDER SETTING DEADLINES** |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF Railway Company, | ) | Case No. 1:21-cv-00181 |
| a Delaware Corporation, | ) | |
| | ) | |
|     Defendant. | ) | |

On October 7, 2024, the court held a status conference with the parties to discuss a pending discovery dispute. (Doc. No. 128).

For the reasons articulated on the record, the court orders that Defendant BNSF Railway Company ("BNSF") shall have five (5) days to submit its motion to compel discovery. Plaintiff Morgan Fitch ("Fitch") shall have five (5) days to respond, and BNSF shall have two (2) days to reply.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2024.

                                                                              */s/ Charles S. Miller, Jr.*
                                                                              Charles S. Miller, Jr., Magistrate Judge
                                                                              United States District Court