# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Morgan Fitch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING IN PART** |
| | ) | **STIPULATION** |
| v. | ) | |
| | ) | |
| BNSF Railway Company, | ) | |
| a Delaware Corporation, | ) | Case No.: 1:21-cv-00181 |
| | ) | |
| Defendant. | ) | |

On January 2, 2025, the parties filed a *Stipulated Protective Order Regarding Handling of Confidential Material*. (Doc. No. 155). The court **ADOPTS IN PART** the parties' Stipulation (Doc. No. 155), with the following modification to paragraph nine (9):

> 9. The terms of this Stipulation and Protective Order shall survive and remain in effect after the termination or settlement of this litigation, and the parties agree that the Court *may* retain continuing jurisdiction during the balance of this action and after its conclusion to enforce the terms contained herein.

(emphasis added).

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court